■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALVIN AGUAYO, Appellant. [37 NYS3d 908]—Application by the appellant for a writ of error coram nobis to vacate, on the

ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 7, 2011 (*People v Aguayo*, 85 AD3d 809 [2011]), affirming a judgment of the Supreme Court, Kings County, rendered May 29, 2009.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Balkin, Leventhal and Miller, JJ., concur.